LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No. 114842)
jfallat@fallat.com
TIMOTHY J. TOMLIN (State Bar No. 142294)
ttomlin@fallat.com
68 Mitchell Boulevard, Suite 135
San Rafael, CA 94903-2046
Telephone: (415) 457-3773
Facsimile: (415) 457-2667

Attorney for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEGATRUX, INC., a California corporation, CHARLES PELLE, an individual, BRYAN PELLE, an individual, et al.<br><br>Defendants. | Case No. 5:14-CV-01866-JGB-DTB<br><br>**JUDGMENT IN A CIVIL ACTION** |

    The Court Orders that the Plaintiff Great American Insurance Company recover from the defendants, Charles Pelle and Bryan Pelle, jointly and severally, the sum of $77,000.00 plus post judgment interest at the rate of 10% per annum, along with costs which are included in the judgment sum.

    This action was decided after Stipulation for entry of judgment by the parties. The Stipulation contains an agreement which is to operate post-judgment, which this Judgment acknowledges. To the extent any terms of the stipulation are required to be enforced, this Court retains jurisdiction.

IT IS SO ORDERED.
DATED: OCT 9, 2015

UNITED STATES DISTRICT JUDGE